OFFICE OF STAFF COUNSEL
**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

600 EAST MAIN STREET, SUITE 2200
RICHMOND, VIRGINIA 23219-2441

MELISSA L. WOOD
SENIOR STAFF COUNSEL

TEL. (804) 916-2900
FAX (804) 916-2920

July 31, 2015

Richard Clarke Speaks
P. O. Box 2823
Wilmington, NC 28401

Re:    No. 15-6232, United States v. Powell

Dear Mr. Speaks:

Thank you for agreeing to be appointed as counsel on behalf of the appellant in this appeal.

The issue of particular interest to the Court is:

> Whether Powell's trial counsel was ineffective for failing to raise an objection based on juror bias.

You are free to move to expand the certificate of ability and brief any other issues that may appear meritorious.

The maximum authorized compensation is $7100, plus expenses. A maximum hourly rate of $127 applies to both in-court and out-of-court work. Any compensation issues should be addressed to Deputy Clerk Patty Layne at (804) 916-2700.

The case manager assigned to this appeal, Jeff Neal, will assist you with any procedural inquiries; he also can be reached at (804) 916-2700. Please contact me at (804) 916-2900 for any other assistance.

You will be notified as to the briefing schedule promptly after it is established by the Clerk's Office. The electronic record on appeal is available on PACER. The Clerk's Office will provide you with instructions for registering for a fee-exempt PACER account.

July 31, 2015
Richard Clarke Speaks
Page 2

We appreciate your assistance to the Court in accepting this appointment.

Very truly yours,

Melissa L. Wood

cc:   Marvin Wilbert Powell
      Jennifer P. May-Parker, Esq.
      Seth Morgan Wood, Esq.