FILED: July 31, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6232**
(5:04-cr-00356-F-1; 5:10-cv-00445-F)

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

v.

MARVIN WILBERT POWELL,

      Defendant - Appellant.

O R D E R

Marvin Wilbert Powell seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. We grant a certificate of appealability on the issue of whether Powell's trial counsel was ineffective for failing to raise an objection based on juror bias. By separate order, counsel will be appointed to represent Powell. Following the appointment of counsel, the Clerk will establish a briefing schedule.

For the Court

/s/ Patricia S. Connor, Clerk