FILED: October 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6232
(5:04-cr-00356-F-1)
(5:10-cv-00445-F)

_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

MARVIN WILBERT POWELL

 Defendant - Appellant

_____

O R D E R

_____

 Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

 The court grants appellant leave to file a joint appendix not to exceed 1689 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk